LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL TAOVIL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BAY ALARM COMPANY LONG TERM DISABILITY PLAN and the PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. CV-11-0801 (MEJ)<br><br>**[PROPOSED] ORDER UPON STIPULATION TO DISMISS BAY ALARM COMPANY LONG TERM DISABILITY PLAN**<br><br>Complaint Filed:　February 22, 2011 |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that defendant BAY ALARM COMPANY LONG TERM DISABILITY PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. Prudential shall remain the only named defendant.

IT IS SO ORDERED.

Dated: March 23, 2011

_____
United States District Court Judge

117359.1

1　　[PROPOSED] ORDER TO DISMISS BAY ALARM COMPANY LONG TERM DISABILITY PLAN