**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NABIL TAOVIL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAY ALARM COMPANY LONG TERM DISABILITY PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. CV-11-0801 (MEJ)<br><br>**[PROPOSED] ORDER UPON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ALLOW TELEPHONIC APPEARANCE BY DEFENDANT'S AUTHORIZED REPRESENTATIVE**<br><br>Complaint Filed: February 22, 2011 |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the July 28, 2011 Settlement Conference in the above-referenced matter shall be continued to AUGUST 4, 2011, at 9:00 a.m./~~p.m.~~

**IT IS HEREBY FURTHER ORDER** that the authorized representative for Defendant The Prudential Insurance Company of America ("Prudential") shall be permitted to appear telephonically at the Settlement Conference, while counsel for Prudential shall appear in person.

Dated: JUNE 29, 2011

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Bernard Zimmerman,
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge