UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL TAOVIL,<br><br>            Plaintiff(s),<br><br>     v.<br><br>BAY ALARM COMPANY LONG TERM DISABILITY PLAN and THE PRUDENTIAL INSURANCE CO. OF AMERICA,<br><br>            Defendant(s). | No. C11-0801 MEJ (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE TO PUT SETTLEMENT ON THE RECORD** |

It appears both sides have agreed to a settlement. **IT IS HEREBY ORDERED** that counsel and their clients shall be available by phone tomorrow, **August 12, 2011 at 11:00 a.m.**, to put the settlement on the record.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: August 11, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\TAOVIL ORDER RE SETTLEMENT.wpd

1